IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Wells, | No. CV 07-309-TUC-FRZ (JM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Hon. Jan E. Kearney, et al., | |
| Defendants. | |

    Pending before the Court is Plaintiff's Motion for Preliminary Injunction. United States Magistrate Judge Jacqueline Marshall issued a Report and Recommendation on October 11, 2007 recommending that the motion be denied.

    The Report and Recommendation indicated that any party could file written objections within ten days after being served with a copy of the Report and Recommendation. A copy of the Report and Recommendation was mailed to Plaintiff on October 12, 2007. The parties have not filed any objections to the Report and Recommendation. As such, the Court will not consider any objections or new evidence. *See generally United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*)(failure to timely file objections to any factual or legal determination of the Magistrate Judge may be considered a waiver of the party's right to *de novo* consideration of the issues).

1     The Court has reviewed the entire record and concludes that Magistrate Judge
2 Marshall's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R.
3 Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*
4 *Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

5     Accordingly, IT IS HEREBY ORDERED as follows:

6 (1) United States Magistrate Judge Marshall's Report and Recommendation (Doc. #10) is
7 **ACCEPTED AND ADOPTED**.

8 (2) Plaintiff's Motion for a Preliminary Injunction (Doc. #8) is **DENIED**.

9 (3) **As this case was originally assigned to Magistrate Judge Marshall, and the referral**
10 **pertains to all pretrial proceedings, the referral to Magistrate Judge Marshall is still**
11 **in effect to the extent pretrial proceedings remain in this case**.

13     DATED this 8th day of November, 2007.

FRANK R. ZAPATA
United States District Judge