1

2

3

4 **IN THE UNITED STATES DISTRICT COURT**

5 **FOR THE DISTRICT OF ARIZONA**

6 Cheryl Wells,                                    )
                                                   )
7          Plaintiff,                              )    No. CV 07-309 TUC FRZ (JM)
                                                   )
8      v.                                          )
                                                   )    **REPORT AND RECOMMENDATION**
9 Jan Kearney, et al.,                             )
                                                   )
10         Defendants.                             )
                                                   )

11

12          On October 9, 2009, the Court issued an Order to Show Cause [Doc. No. 112]

13 ordering Plaintiff, by November 6, 2009, to provide the Court with an affidavit showing good

14 cause why the Magistrate Judge should not issue a report and recommendation to the District

15 Court recommending that this case be dismissed pursuant to Rule 4(m) due to Plaintiff's

16 failure to serve the two remaining defendants in this case, Cia Wells and Alan Belauskas.

17 The docket reflects that, as of the date of this Report and Recommendation, Plaintiff has

18 neither served the remaining defendants, nor filed the required affidavit of good cause.

19          Based on the foregoing, the Magistrate Judge **RECOMMENDS** that the District

20 Court, after its independent review, dismiss this action without prejudice as to Defendants

21 Cia Wells and Alan Belauskas based on Plaintiff's failure to prosecute.

22          This Recommendation is not an order that is immediately appealable to the Ninth

23 Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

24 Appellate Procedure, should not be filed until entry of the District Court's judgment.

25          However, the parties shall have ten (10) days from the date of service of a copy of this

26 recommendation within which to file specific written objections with the District Court. *See*

27 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure.

28 Thereafter, the parties have ten (10) days within which to file a response to the objections.

1  If any objections are filed, this action should be designated case number: **CV 07-309-TUC-**

2  **FRZ**.  Failure to timely file objections to any factual or legal determination of the Magistrate

3  Judge may be considered a waiver of a party's right to *de novo* consideration of the issues.

4  *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

5      DATED this 2nd day of December, 2009.

6

7

8      _____
       Jacqueline Marshall

9      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28